# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 20-CR-_____** |
| v. | : | DATE FILED: _____ |
| **JOSEPH RUBINO** | : | VIOLATIONS:<br>18 U.S.C. § 922(o) (unlawful possession and transfer of a machinegun) (3 counts)<br>26 U.S.C § 5861(e) (unlawful transfer of a firearm) (3 counts)<br>Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about April 27, 2019, in Wind Gap, Pennsylvania, in the Eastern District of Pennsylvania, defendant

**JOSEPH RUBINO**

knowingly possessed and transferred a machinegun, as defined by Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that is, two machinegun conversion devices designed and intended for use in converting a semiautomatic Glock pistol to fire automatically.

In violation of Title 18, United States Code, Section 922(o).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 27, 2019, in Wind Gap, Pennsylvania, in the Eastern District of Pennsylvania, defendant

**JOSEPH RUBINO**

knowingly and unlawfully transferred a firearm, as defined by Title 26, United States Code, Section 5845(a), that is, two machinegun conversion devices designed and intended for use in converting a semiautomatic Glock pistol to fire automatically.

In violation of Title 26, United States Code, Sections 5861(e) and 5871.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 19, 2019, in Oaks, Pennsylvania, in the Eastern District of Pennsylvania, defendant

**JOSEPH RUBINO**

knowingly possessed and transferred a machinegun, as defined by Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that is, two machinegun conversion devices designed and intended for use in converting a semiautomatic Glock pistol to fire automatically.

In violation of Title 18, United States Code, Section 922(o).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 19, 2019, in Oaks, Pennsylvania, in the Eastern District of Pennsylvania, defendant

**JOSEPH RUBINO**

knowingly and unlawfully transferred a firearm, as defined by Title 26, United States Code, Section 5845(a), that is, two machinegun conversion devices designed and intended for use in converting a semiautomatic Glock pistol to fire automatically.

In violation of Title 26, United States Code, Sections 5861(e) and 5871.

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 2, 2019, in West Chester, Pennsylvania, in the Eastern District of Pennsylvania, defendant

## JOSEPH RUBINO

knowingly transferred a machinegun, as defined by Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that is, two machinegun conversion devices designed and intended for use in converting a semiautomatic Glock pistol to fire automatically.

In violation of Title 18, United States Code, Section 922(o).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 2, 2019, in West Chester, Pennsylvania, in the Eastern District of Pennsylvania, defendant

**JOSEPH RUBINO**

knowingly and unlawfully transferred a firearm, as defined by Title 26, United States Code, Section 5845(a), that is, two machinegun conversion devices designed and intended for use in converting a semiautomatic Glock pistol to fire automatically.

In violation of Title 26, United States Code, Sections 5861(e) and 5871.

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Section 922(o) and Title 26, United States Code, Section 5861(e), set forth in this indictment, defendant

**JOSEPH RUBINO**

shall forfeit to the United States of America all firearms and ammunition involved in the commission of these offenses, including, but not limited to six (6) machinegun conversion devices, each of which was designed and intended for use in converting a semiautomatic Glock pistol to fire automatically.

All pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code, Section 924(d), and Title 26 United States Code, Section 5872.

**A TRUE BILL:**

**FOREPERSON**

_[signature]_
**WILLIAM M. MCSWAIN**
**UNITED STATES ATTORNEY**

7

No. _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

JOSEPH RUBINO

INDICTMENT

Counts

**18 U.S.C. § 922(o) (unlawful possession and transfer of a machinegun) (3 counts)
26 U.S.C § 5861(e) (unlawful transfer of a firearm) (3 counts)
Notice of forfeiture**



_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____