# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 20-441 |
| **JOSEPH RUBINO** | : | |
| | : | |

## ORDER

This 3rd day of January, 2025, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion to Obtain Relief from Judgment, ECF 46, is **DENIED.**

                                                                                        /s/ Gerald Austin McHugh
                                                                                   United States District Judge